IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRESTON EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>ABC TOWING, LLC, THE KING LOCKSMITH, LLC, and JASMIN BITON,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:12-CV-02133 |

**PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Preston Edwards, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii)[1], hereby dismisses this action with prejudice. Plaintiff's stipulation of dismissal is signed by all parties who have appeared.

[Signatures on Following Page]

---

[1] This Rule permits a plaintiff to dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

**RESPECTFULLY SUBMITTED**:   November 06, 2012

| Prepared by and approved: | Consented to and approved: |
|---|---|
| /s/ Viraj Parmar | /s/ Oscar E. Prioleau, Jr., Esq. |
| Viraj Parmar, Esq. | Oscar E. Prioleau, Jr., Esq. |
| GA Bar No. 996884 | Georgia Bar No. 588510 |
| Jeff Kerr, Esq. | Job J. Milfort, Esq. |
| Ga Bar No. 634260 | Georgia Bar No. 515915 |
| **MAYS & KERR LLC** | **PRIOLEAU &MILFORT, LLC** |
| 229 Peachtree Street | 505 Pryor Street, SW |
| International Tower, Suite 980 | Atlanta, Georgia 30312 |
| Atlanta, Georgia  30303 | (404) 526-9400 – Office |
| Telephone: (404) 410-7998 | (404) 880-9360 – Facsimile |
| Facsimile:  (404) 855-4066 | |
| Counsel for Plaintiff | Counsel for Defendants |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, counsel hereby certify that the foregoing pleading has been prepared using Times New Roman 14 point font, as approved by Local Rule 5.1C.

**THIS** 6th day of November, 2012

_/s/ Viraj Parmar_
Viraj Parmar

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRESTON EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>ABC TOWING, LLC, THE KING LOCKSMITH, LLC, and JASMIN BITON,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:12-CV-02133 |

## CERTIFICATE OF SERVICE

I certify that on November 06, 2012 I delivered the foregoing pleading to all parties of record through the electronic system of the Northern District of Georgia, Atlanta Division.

/s/ Viraj Parmar
Viraj Parmar